# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0564
LT Case No. 2024-SC-037217

_____

CINDY M. PARROTT,

    Appellant,

    v.

VILLAGE SQUARE OF TITUSVILLE
CONDOMINIUM ASSOCIATION,
INC.,

    Appellee.

_____

On appeal from the County Court for Brevard County.
Michelle Vitt Baker, Judge.

Charles M-P George, of Law Offices of Charles M-P George, Coral
Gables, for Appellant.

Jessica L. Gross, of Wicker Smith O'Hara McCoy & Ford, P.A.,
Coral Gables, for Appellee.

May 14, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____